IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KIDANE B. MENGESHA,**
**A# 058-039-775,**

    Petitioner,

vs.                                          Case No. 4:19cv258-RH/CAS

**WILLIAM BARR, et al.,**

    Respondents.

_____/

## ORDER and REPORT AND RECOMMENDATION

Petitioner, proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on June 6, 2019. ECF No. 1. The petition alleged that Petitioner is a native and citizen of Ethiopia who could not be removed from the United States. Petitioner claimed that there was "no significant likelihood of his removal in the reasonably foreseeable future." *Id.* at 6. As relief, Petitioner sought release from detention. *Id.* at 7. Finding the petition sufficient, Respondents were required to file a response to the petition and show good cause why relief should not be granted. ECF No. 4.

On July 26, 2019, Respondents filed a motion to dismiss the petition as moot. ECF No. 7. Respondents state that on July 2, 2019, ICE released Petitioner from confinement at the Wakulla County Detention Facility under an order of supervision. *Id.* Attached to the motion is an exhibit revealing Petitioner was released from detention and providing information concerning Petitioner's address upon release. ECF No. 7-1 at 1-2. Therefore, because Petitioner has been afforded the relief sought in the petition and is no longer in custody, this § 2241 petition should now be dismissed as moot.

Additionally, the motion to dismiss contains a certificate of service indicating the document was provided to Petitioner at his address of release. ECF No. 7 at 6. Petitioner has not filed a response to the motion to dismiss, despite having been given a deadline of September 4, 2019, in which to do so. *See* ECF No. 4. It appears that Petitioner concedes that this case is moot in light of his having been granted the relief requested. Nevertheless, the Clerk of Court shall forward this Report and Recommendation to Petitioner at that address. If Petitioner disputes that this case is moot, he must immediately file "objections" and a notice of change of address.

**ORDER**

It is **ORDERED** that the Clerk of Court shall forward this Report and Recommendation to Petitioner at 7730 Carlyle Avenue, Miami, Florida 33141, ECF No. 7 at 6, and his address of record.

**REPORT AND RECOMMENDATION**

It is respectfully **RECOMMENDED** that the motion to dismiss, ECF No. 7, be **GRANTED**, and the § 2241 petition be **DISMISSED as moot** since Petitioner has been granted the relief sought in the petition.

**IN CHAMBERS** at Tallahassee, Florida, on September 10, 2019.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**
**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 4:19cv258-RH/CAS